UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-61463-CIV-HUCK/O'SULLIVAN

UNSEULDIEU FRANCILAIRE,

    Plaintiff,

vs.

FRANK DISALVO & SONS, INC. and
RALPH DISALVO,

    Defendants.
_____/

### ORDER

THIS MATTER is before the Court *sua sponte*. Having been advised by the office of the plaintiff's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, February 19, 2010**, at **9:30 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone**. It is further

ORDERED AND ADJUDGED that the discovery hearing set at 2:00 P.M. on February 12, 2010, is CANCELLED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of February, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record